Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of Delaware
                     (State)

Case number (If known): _____   Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  SG-TMGC, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  93-1890248

4. **Debtor's address**

   Principal place of business:
   100 River Bluff Dr., Suite 500
   Number    Street

   Little Rock    AR    72202
   City           State  ZIP Code

   Pulaski
   County

   Mailing address, if different from principal place of business:

   Number    Street

   P.O. Box 3417
   P.O. Box

   Little Rock    AR    72203
   City           State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City           State  ZIP Code

5. **Debtor's website (URL)**

Debtor  **SG-TMGC, LLC**
Name

Case number (if known) _____

### 6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  SG-TMGC, LLC
_____Name_____                                                    Case number (if known)_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY
           District _____  When _____  Case number _____
                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    X No
    Yes.  District _____  When  MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

       **Why does the property need immediate attention?** (Check all that apply.)

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       **Where is the property?** _____
                                  Number   Street

                                  _____
                                  City                              State ZIP Code

       **Is the property insured?**
       ☐ No
       ☐ Yes. Insurance agency _____
              Contact name _____
              Phone _____

**Statistical and administrative information**

Debtor    **SG-TMGC, LLC**
_____
Name

Case number (if known)_____

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/31/2023
              _____
              MM / DD / YYYY

X _____    Kent Sorrells
Signature of authorized representative of debtor    Printed name

Title   Chairman

| | | | |
|---|---|---|---|
| Debtor | SG-TMGC, LLC | Case number (if known) | |
| | Name | | |

**18. Signature of attorney**

✗ /s/ Robert J. Dehney          Date  8/31/2023
Signature of attorney for debtor                    MM / DD / YYYY

Robert J. Dehney
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 N. Market Street
Number     Street

Wilmington                                          DE           19801
City                                                State        ZIP Code

302-658-9200                                        rdehney@morrisnichols.com
Contact phone                                       Email address

3578                                                DE
Bar number                                          State

# RESOLUTIONS OF THE BOARD OF MANAGERS

# OF

# SG-TMGC, LLC

These Resolutions were adopted by unanimous written consent the 30th day of August, 2023.

**RESOLVED** that, in the business judgment of the Board of the Company, due to the circumstances affecting the Company and to maximize value, it is desirable and in the best interests of the Company, its creditors, stockholders, customers and other interested parties that a petition should be filed by the Company seeking relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and the filing of such petition is authorized hereby; and it is further

**RESOLVED** that the Company Chairman as a duly elected Officer of the Company (the "Authorized Officer") in such capacity is individually hereby authorized, empowered and directed on behalf of the Company to execute, deliver and verify a petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine appropriate, and the execution and delivery thereof by such Authorized Officer shall be conclusive evidence of such Authorized Officer's determination and the Directors approval thereof; and it is further

**RESOLVED** that the Authorized Officer, be and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, deliver, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on his behalf as provided herein) all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, in such form as the Authorized Officer shall determine appropriate, such execution, delivery, verification and/or filing to be conclusive evidence of such Authorized Officer's determination and this Board's approval thereof and in that connection to employ and retain all assistance by legal counsel, accountants and other professionals and to take any and all action which he deems necessary or proper in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Authorized Officer in the name and on behalf of the Company be hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to negotiate post-petition debtor-in-possession financing on behalf of the Company and to file or cause to be filed a motion with the Bankruptcy Court seeking approval of such financing; and it is further

**RESOLVED**, that the Authorized Officer in the name and on behalf of the Company be and hereby is, authorized, empowered, and directed, in the name and

1

on behalf of the Company, to negotiate a sale or sales of some or all of the assets of the Company and to file or cause to be filed a motion with the Bankruptcy Court seeking approval of such sale or sales; and it is further

**RESOLVED** that the law firm of Rayburn Cooper & Durham, P.A., 227 West Trade Street, Suite 1200, Charlotte, North Carolina 28202, is hereby employed as attorneys for the Company in the Chapter 11 Case and in related matters, on such terms and conditions as the Authorized Officer shall approve and said firm shall agree; and it is further

**RESOLVED** that the law firm of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market St., 16th Floor, Wilmington, Delaware, 19899, is hereby employed as attorneys for the Company in the Chapter 11 Case and in related matters, on such terms and conditions as the Authorized Officer shall approve and said firm shall agree; and it is further

**RESOLVED** that Rose Law Firm, a Professional Association, 120 East Fourth Street, Little Rock, Arkansas, 72201, is hereby employed as corporate counsel for the Company in the Chapter 11 Case and in related matters, on such terms and conditions as the Authorized Officer shall approve and said firm shall agree; and it is further

**RESOLVED** that the Authorized Officer be, and hereby is, authorized on behalf of and in the name of the Company, as debtor and debtor-in-possession, to enter into and to execute and deliver such agreements, instruments and any and all other documents and amendments that the Authorized Officer determines necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions; and it is further

**RESOLVED** that the Authorized Officer be, and hereby is, authorized, in the name and on behalf of the Company to take or cause to be taken any and all such further action and to enter into and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, as the Authorized Officer shall determine necessary, proper or desirable, such taking of action and/or execution and/or delivery of such documents to be conclusive evidence of such Authorized Officer's determination and this Board's approval thereof and it is further

**RESOLVED** that all actions previously taken by the Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved as acts of the Company; and it is further

**RESOLVED** that the Board hereby confirms that these resolutions supersede any prior resolutions of the Board, if any, that are inconsistent with these resolutions solely to the extent of any such inconsistency; and it is further

**RESOLVED** that the Board hereby authorizes the Secretary or any Assistant Secretary of the Company to make such corrective or minor modifications or additions to the foregoing resolutions as shall be deemed necessary or appropriate, so long as the resolutions, as so modified or supplemented, effect the intent and purposes of these resolutions.

**RESOLVED** that these resolutions may be executed in one or more counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and the same instrument for purposes of these resolutions, a facsimile copy, an email of a PDF file containing a copy of the signature page or the electronic signature of any person executing these resolutions shall be effective as an original signature and effective as an execution counterpart thereof.

**RESOLVED** that these resolutions shall be recorded as minutes of the Board.