# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SG-TMGC, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11364 (LSS) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that John T. Carroll, III and Cozen O'Connor hereby enters an appearance in the above-captioned chapter 11 case on behalf of and as attorneys for ***Ryder Last Mile, Inc.*** ("Ryder").

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 (the "Bankruptcy Rules") counsel identified below hereby requests that copies of all notices and pleadings given, filed or entered in the above-captioned case be given and served upon the following counsel at the address, telephone number, email address and facsimile number indicated below:

> John T. Carroll, III
> Cozen O'Connor
> 1201 N. Market Street
> Suite 1001
> Wilmington, DE  19801
> Email:  jcarroll@cozen.com

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents

brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above-captioned case or Ryder.

**PLEASE TAKE FURTHER NOTICE** that counsel intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Ryder is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Ryder expressly reserves.

Dated: September 1, 2023                                COZEN O'CONNOR

                                By:    */s/ John T. Carroll, III*
                                       John T. Carroll, III (DE No. 4060)
                                       Cozen O'Connor
                                       1201 N. Market Street
                                       Suite 1001
                                       (302) 295-2028 Telephone
                                       (215) 701-2140 Facsimile
                                       Email:  jcarroll@cozen.com

                                       *Attorneys for Ryder Last Mile, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2023 a copy of the foregoing *Notice of Appearance and Request for Service of all Pleadings* was served via electronic notification through the Electronic Case Filing System (CM/ECF) for the United States Bankruptcy Court for the District of Delaware on all parties registered in this case.

Dated: September 1, 2023

                                              /s/ *John T. Carroll, III*
                                              John T. Carroll, III